

**Entered on Docket**
**May 09, 2011**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Electronically Filed on 5/3/11

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: **ROBERT BRANDON TURNER, III**<br><br>Debtor(s). | BK-S- case #11-10281-MKN<br>Chapter 13<br><br>STIPULATION TO CONVERT OR DISMISS CASE BY DATE CERTAIN; ORDER THEREON |

    COMES NOW Chapter 13 Trustee, RICK A. YARNALL, and counsel for Debtor, MICHAEL J. DAWSON ESQ, and hereby agree and stipulate as follows:

  1. Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than May 12, 2011.

  2. In the event neither of these has occurred by the date set forth in paragraph 1, the Chapter 13 Trustee may submit an Ex-Parte Order dismissing the case.

3. Trustee shall be permitted administrative fees in the amount of $150.00 per quarter the case is open.

IT IS SO STIPULATED.

_/s/ Marianne Gatti_                                    Dated: 5-2-11
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

_/s/_                                                           Dated: _____

Attorney for Debtor

### ORDER

Upon review of the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than May 12, 2011. In the event neither of these has occurred by this date, the Chapter 13 Trustee may submit an Ex-Parte Order dismissing the case.

IT IS SO ORDERED

Respectfully Submitted by:

_/s/ Marianne Gatti_
Marianne Gatti, Esq.
Nevada Bar No. 007717
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

###